IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

*Newport News Division*

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> v. <br><br> MAYNOR DIONICIO HERNANDEZ-REYES <br> a/k/a MAYNOR DEONICI HERNANDEZ REYES <br> a/k/a MAINOR HERNANDEZ-REYES <br> a/k/a MAINER REYES HERNANDEZ, <br><br> Defendant. | Criminal No. 4:25-mj40 <br><br> 8 U.S.C. § 1326(a) <br> Reentry of Removed Alien <br> (Count 1) |

### AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT AND ARREST WARRANT

I, Christopher J. Cruz, being duly sworn, depose and state:

1. I am a Deportation Officer with the United States Immigration and Customs Enforcement (ICE) in Norfolk, Virginia. I have been employed with ICE for more than seven years. I was previously employed as a Police Officer with the Federal Emergency Management Agency (FEMA) beginning in April 2014. I have received specialized training and have conducted numerous investigations relating to administrative and criminal violations of the Immigration and Nationality Act and Title 8 of the United States Code.

2. My duties as a Deportation Officer with ICE include investigating administrative and criminal violations of the Immigration and Nationality Act and Title 8 of the United States Code and seeking, when applicable, prosecution and removal of violators. I have received training in general law enforcement, including training in Title 8 of the United States Code.

3. This affidavit is submitted in support of a criminal complaint and arrest warrant for MAYNOR DIONICIO HERNANDEZ-REYES (a/k/a MAYNOR DEONICI HERNANDEZ REYES, a/k/a MAINOR HERNANDEZ-REYES, a/k/a MAINER REYES HERNANDEZ)

1

(hereinafter "HERNANDEZ-REYES"), an alien who was found in the United States after being denied admission, excluded, deported, or removed, or having departed the United States while under an order of exclusion, deportation, in violation of 8 U.S.C. § 1326(a).

4. The facts and information contained in this affidavit are based upon my training and experience, personal knowledge, and observations during this investigation, as well as the observations of other agents involved in this investigation. This affidavit contains information necessary to support probable cause, but it is not intended to include every fact and matter observed by me or known to the United States.

## SUMMARY OF FACTS TO SUPPORT PROBABLE CAUSE

5. On or about April 10, 2025, ICE learned that the James City County Police Department had arrested HERNANDEZ-REYES in Williamsburg, Virginia, which is in the Eastern District of Virginia, and had charged him with assault on a family member.

6. I checked records that confirmed that HERNANDEZ-REYES is a native and citizen of Honduras. I further confirmed that an Immigration Judge had ordered HERNANDEZ-REYES removed from the United States in 2008, and that that order was reinstated in connection with several subsequent removals. One such subsequent removal occurred on or about August 20, 2021, at or near Alexandria, Louisiana. HERNANDEZ-REYES did not have legal authorization to reenter or remain in the United States.

7. I also reviewed HERNANDEZ-REYES's immigration file maintained by U.S. Citizenship and Immigration Services. The file, also known as an alien file, revealed that HERNANDEZ-REYES is a citizen and national of Honduras. The file contained an executed Immigration Service Form I-205, Warrant of Removal/Deportation, bearing HERNANDEZ-

REYES's photograph, fingerprint, and signature. This form showed that HERNANDEZ-REYES was removed from the United States on August 20, 2021, from Alexandria, Louisiana.

8. On April 10, 2025, I interviewed HERNANDEZ-REYES at the Virginia Peninsula Regional Jail within Williamsburg, Virginia. During this interview I confirmed the identity of HERNANDEZ-REYES via his fingerprints that were collected at the time of interview, which were scanned and uploaded into the Immigration database which returned with a positive match for HERNANDEZ-REYES within the National Crime Information Center.

9. HERNANDEZ-REYES's alien file lacks evidence of any immigration benefit, document, or status that would allow him to legally enter, be admitted, pass through, or reside in the United States. Further, HERNANDEZ-REYES has not obtained permission from the Attorney General or the Secretary of the Department of Homeland Security to reenter the United States following his formal removal.

## CONCLUSION

10. Based on the foregoing, I submit that there is probable cause to believe that on or about April 10, 2025, in James City County, Virginia, within the Eastern District of Virginia, MAYNOR DIONICIO HERNANDEZ-REYES an alien who was previously removed from the United States, including on or about August 20, 2021, at or near Alexandria, Louisiana, was found in the United States without having obtained the express consent of the Attorney General or the Secretary of the Department of Homeland Security to reapply for admission to the United States.

Respectfully submitted,

Christopher J Cruz
Deportation Officer
U.S. Immigration and Customs Enforcement

This affidavit has been reviewed for legal sufficiency by Assistant U.S. Attorney Julie Podlesni.

Reviewed: _____
Julie D. Podlesni
Assistant United States Attorney

Submitted and attested to in accordance with the requirements of Fed. R. Crim. P. 4.1 before me this 27th day of May 2025, in the City of Norfolk, Virginia.

_____
UNITED STATES MAGISTRATE JUDGE